## S. L. DISTRIBUTING COMPANY, RESPONDENT, v. SAMUEL R. LADEN, APPELLANT.

Submitted December 10, 1923—Decided March 3, 1924.

On appeal from the Supreme Court, whose opinion was reported *sub nomine Reinfeld* v. *Laden,* 98 *N. J. L.* 709.

For the appellant, *Harold Simandl.*

For the respondent, *Benjamin M. Weinberg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, CAMPBELL, HEPPENHEIMER, GARDNER, VAN BUSKIRK, CLARK, JJ. 10.

*For reversal*—None.